

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00479-CV

**LIBERTY SPORT AVIATION, L.P.**,
Appellant

v.

Barry **PRUITT**, Bristell USA L.P. and PRM Group, LLC,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 14-314
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

Delivered and Filed:  September 9, 2015

DISMISSED

The trial court granted an interlocutory summary judgment in trial court number 14-314. The trial court subsequently severed the summary judgment into a new cause, trial court number 14-314A, making the summary judgment final and appealable.  Appellant filed notices of appeal in both trial court causes.  Appellant has advised the court it wishes to proceed only in appeal number 04-15-00480-CV, the appeal from the severed cause, trial court number 14-314A. Accordingly, we dismiss this appeal from the original cause, trial court number 14-314.

PER CURIAM